THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JAMES J. NAUJOKAS, JR., Defendant-Appellant.

(No. 58997;

First District (3rd Division)—March 7, 1974.

PER CURIAM.

MEJDA, J., took no part.

James J. Doherty, Public Defender, of Chicago (Richard D. Kharas, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Barry Rand Elden, and Robert S. Levy, Assistant State's Attorneys, of counsel), for the People.